# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2025

*The Court of Appeals hereby passes the following order*

**A25D0367. IN THE INTEREST OF G. L. C., A CHILD (FATHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

05124J515



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, May 22, 2025.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*